UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BAROUH EATON ALLEN CORPORATION
d/b/a Ko Rec Type and KoRect Automotive,

        Plaintiff,

        - against -

OIL STATE DISTRIBUTORS 1, INC.

        Defendant.
-------------------------------------------------------X

CV 06 5081(NGG)(VVP )

**DEFAULT JUDGMENT**

The summons and complaint in this action having been duly served on the above-named

defendant on October 26, 2006, and said defendant having failed to plead or otherwise defend in

this action, and said default having been duly noted, and upon the annexed declaration of default

judgment.

NOW, on motion of Jason L. Abelove, Esq., the attorney for the plaintiff, it is hereby

ORDERED and ADJUDGED that Barouh Eaton Allen Corporation d/b/a Ko Rec Type

and KoRect Automotive, the plaintiff, does recover of Oil State Distributors 1, Inc., the

defendant, residing at 88-04 3rd Avenue, Apartment #2, North Bergen, New Jersey 07047, the

sum of $198,000.00, which is the amount claimed, plus interest at the legal rate in effect on the

date of this judgment; and, that the Plaintiff have execution therefor.

Dated: ~~Garden City,~~ Brooklyn, New York
      ~~February 20, 2007~~
      April 26, 2007

So ordered,

BY:     s/Nicholas G. Garaufis, USDJ
                 District Judge